| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Sarah Nipaah Frimpong <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–8611 <br> EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   United States Bankruptcy Court for the District of Columbia | | Date case filed for chapter:        7      5/30/26 |
| Case number:   26–00286–ELG | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/22

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Sarah Nipaah Frimpong | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 629 E Capitol St. SE #3 <br> Washington, DC 20003 | | |
| 4. | Debtor's attorney <br> Name and address | Daniel M. Press <br> Chung & Press, P.C. <br> 6718 Whittier Ave. #200 <br> McLean, VA 22101 | | Contact phone 703–734–3800 <br> Email _____ |
| 5. | Bankruptcy trustee <br> Name and address | Wendell W. Webster <br> Wendell W. Webster, Trustee <br> 1101 Connecticut Avenue, NW <br> Suite 402 <br> Washington, DC 20036 | | Contact phone 202–659–8510 <br> Email _____ |

**For more information, see page 2 >**

Debtor **Sarah Nipaah Frimpong**                                                                 Case number **26–00286–ELG**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open 9:00am – 4:00pm<br><br>Contact phone (202) 354–3280<br><br>Date: 6/1/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 2, 2026 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Check also www.dcb.uscourts.gov, then under Court Information, Hearings/341 Calendar.<br><br>At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 328 696 7360, and Passcode 0339774474, OR call 1 202–987–9138**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/31/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

District of Columbia

In re:                                                                    Case No. 26-00286-ELG

Sarah Nipaah Frimpong                                                     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                    User: admin                          Page 1 of 2

Date Rcvd: Jun 01, 2026                 Form ID: 309A                         Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Nipaah Frimpong, 629 E Capitol St. SE #3, Washington, DC 20003-1241 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 810523 | #+ | Broodjes & Bier, Broodjes & Bier Restaurant Group LLC, 6001 Fallard Dr Unit A, Upper Marlboro, MD 20772-6709 |
| 810524 | + | Bunzl Midatlantic, 10814 Northeast Ave, Philadelphia, PA 19116-3447 |
| 810527 | + | Crows Roost LLC, Yarmouth Mgt, 309 7th St SE, Washington, DC 20003-4307 |
| 810529 | + | Doumar Martin PLLC, 1530 Wilson Blvd Ste 1060, Arlington, VA 22209-2418 |
| 810531 | + | Friedman Framme & Thrush, 10461 Mill Run Cir Ste 550, Owings Mills, MD 21117-5555 |
| 810538 | + | US Attorney, 601 D St NW, Washington, DC 20579-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dpress@chung-press.com | Jun 01 2026 23:08:00 | Daniel M. Press, Chung & Press, P.C., 6718 Whittier Ave. #200, McLean, VA 22101 |
| tr | + | Email/Text: wwebster@websterfredrickson.com | Jun 01 2026 23:08:00 | Wendell W. Webster, Wendell W. Webster, Trustee, 1101 Connecticut Avenue, NW, Suite 402, Washington, DC 20036-4303 |
| smg | ^ | MEBN | Jun 01 2026 22:58:26 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jun 01 2026 23:08:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jun 01 2026 23:08:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 810520 | + | EDI: AARGON.COM | Jun 02 2026 03:02:00 | Aaron Agency Inc, 8668 Spring Mtn Rd Ste 110, Las Vegas, NV 89117-4119 |
| 810521 | | Email/Text: triaz@baldorfood.com | Jun 01 2026 23:08:00 | Baldor Specialty Foods, 155 Food Center Dr, Bronx, NY 10474 |
| 810522 | + | Email/Text: AccountResolution@bfsfcu.org | Jun 01 2026 23:08:00 | Bank Fund Staff FCU, 1725 I St NW Ste 150, Washington, DC 20006-2406 |
| 810526 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 01 2026 23:08:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 810525 | + | EDI: CAPITALONE.COM | Jun 02 2026 03:02:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |

| | | | |
|---|---|---|---|
| 810528 | + EDI: DCGOVT | Jun 02 2026 03:02:00 | DC Office of Tax and Revenue, 1101 4th St SW #270, Washington, DC 20024-4457 |
| 810530 | + Email/Text: bkl@firstcitizens.com | Jun 01 2026 23:08:00 | First Citizens Bank & Trust, 4300 Six Forks Rd, Raleigh, NC 27609-5718 |
| 810532 | + Email/Text: notificationemail.atlcbo@uhsinc.com | Jun 01 2026 23:08:00 | GWU Hospital, 900 23rd St NW, Washington, DC 20037-2342 |
| 810533 | + EDI: IRS.COM | Jun 02 2026 03:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 810534 | Email/Text: bknotices@mbandw.com | Jun 01 2026 23:08:00 | McCarthy Burgess & Wolfe, 26000 Cannon Rd, Bedford, OH 44146 |
| 810535 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 01 2026 23:08:00 | PNC Bank NA, 300 5th Ave, Pittsburgh, PA 15222 |
| 810536 | ^ MEBN | Jun 01 2026 22:58:21 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 810537 | + Email/Text: bankruptcynotices@sba.gov | Jun 01 2026 23:08:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 810539 | + Email/Text: va_tax_bk@harriscollect.com | Jun 01 2026 23:08:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 810540 | + Email/Text: Bankruptcy@washgas.com | Jun 01 2026 23:08:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Sarah Nipaah Frimpong dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 3