**22definm**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

| | |
|---|---|
| **In Re** | **Case No.** 26−00286−ELG |
| Sarah Nipaah Frimpong | |
| **Debtor** | **Chapter** 7 |

### NOTICE OF REQUIREMENT TO FILE CERTIFICATE
### OF DEBTOR EDUCATION

Notice is hereby given that, subject to limited exceptions, a Debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 pursuant to 11 U.S.C. § 727(a)(11) and Fed.R.Bankr.P. 1007(b)(7),(c) of the Federal Rules of Bankruptcy Procedure. Debtor(s) and/or Debtor(s)' attorney is/are hereby notified that a Certificate of Debtor Education must be filed before a discharge can be entered.

Debtor(s) and/or Debtor(s)? attorney is/are hereby notified that the Debtor(s) must file a Certificate of Debtor Education within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certificate will result in the case being closed without an entry of discharge. If the Debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a Certificate of Debtor Education, the Debtor(s) must pay the full reopening fee due for filing the motion.

Dated: 6/1/26

For the Court:
Angela D. Caesar
BY:  CA

Copies To:
Recipients of Electronic Notifications;
Debtor;
Appointed Trustee.

United States Bankruptcy Court

District of Columbia

In re: | Case No. 26-00286-ELG

Sarah Nipaah Frimpong | Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1            User: admin            Page 1 of 1

Date Rcvd: Jun 01, 2026         Form ID: definm          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

**Recip ID**            **Recipient Name and Address**
db                  +   Sarah Nipaah Frimpong, 629 E Capitol St. SE #3, Washington, DC 20003-1241

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

**Name**             **Email Address**

Daniel M. Press
        on behalf of Debtor Sarah Nipaah Frimpong dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

U. S. Trustee for Region Four
        USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
        wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 3