UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re                         )

                                 )

    Sarah Frimpong              )

                                 )     Case No.     26-286

        Debtor.           )     Chapter 7

                                 )

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of June, 2026, I caused the Coversheet for Amending Creditors or Creditor Information, and a copy of the documents required by Local Rule 1009-1(b)(1)-(6):

(1) the Amendment and Official Local Form 101;
(2) the original notice of the meeting of creditors;
(3) n/a
(4) n/a
(5) n/a
(6) n/a

to be served by first class mail, postage prepaid, on the removed, added and amended creditor(s):

Maureen Daly
400 Ashley Dr. Ste. 1900
Tampa FL 33602

                                         _/s/Daniel M. Press_
                                         Daniel M. Press