**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF COLUMBIA

In re                                                    )
                                                         )
    Sarah Frimpong                          )
                                                         )        Case No.        26-286
             Debtor.       )        Chapter 7
                                                         )
_____         )

## <u>NOTICE OF CHANGE OF COUNSEL'S  ADDRESS</u>

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

    Dated: August 14, 2026.

                     _/s/ Daniel M. Press_____
                     Daniel M. Press, DC Bar 419739
                     Law Offices of Daniel M. Press
                     201 Washington St.
                     Cumberland MD 21502
                     (703) 725-7600
                     dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused the foregoing Notice to be served by CM/ECF upon the Trustee and all parties requesting notice:

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com

 /s/ Daniel M. Press_____
Daniel M. Press

2