Certificate Number: 06531-DC-DE-041114767

Bankruptcy Case Number: 26-00286

06531-DC-DE-041114767

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2026, at 3:39 o'clock PM CDT, Sarah Frimpong completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Columbia.

Date: June 19, 2026

By: /s/Melissa Zahradnicek

Name: Melissa Zahradnicek

Title: Certified Credit Counselor