**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sarah Nipaah Frimpong<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8611 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | | |
| Case number: | 26–00286–ELG | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sarah Nipaah Frimpong

9/1/26

**By the court:** Elizabeth L. Gunn
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00286-ELG
Sarah Nipaah Frimpong Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Sep 01, 2026 Form ID: 318 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Nipaah Frimpong, 629 E Capitol St. SE #3, Washington, DC 20003-1241 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 810523 | #+ | Broodjes & Bier, Broodjes & Bier Restaurant Group LLC, 6001 Fallard Dr Unit A, Upper Marlboro, MD 20772-6709 |
| 810524 | + | Bunzl Midatlantic, 10814 Northeast Ave, Philadelphia, PA 19116-3447 |
| 810527 | + | Crows Roost LLC, Yarmouth Mgt, 309 7th St SE, Washington, DC 20003-4307 |
| 810529 | + | Doumar Martin PLLC, 1530 Wilson Blvd Ste 1060, Arlington, VA 22209-2418 |
| 810531 | + | Friedman Framme & Thrush, 10461 Mill Run Cir Ste 550, Owings Mills, MD 21117-5555 |
| 811253 | + | Maureen Daly, 400 Ashley Dr. Ste. 1900, Tampa FL 33602-4311 |
| 810538 | + | US Attorney, 601 D St NW, Washington, DC 20579-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: DCGOVT | Sep 02 2026 03:53:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 01 2026 23:47:10 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Sep 01 2026 23:47:18 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 01 2026 23:53:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 810520 | + | EDI: AARGON.COM | Sep 02 2026 03:53:00 | Aaron Agency Inc, 8668 Spring Mtn Rd Ste 110, Las Vegas, NV 89117-4119 |
| 810521 | | Email/Text: triaz@baldorfood.com | Sep 01 2026 23:53:00 | Baldor Specialty Foods, 155 Food Center Dr, Bronx, NY 10474 |
| 810522 | + | Email/Text: AccountResolution@bfsfcu.org | Sep 01 2026 23:53:00 | Bank Fund Staff FCU, 1725 I St NW Ste 150, Washington, DC 20006-2406 |
| 810526 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Sep 01 2026 23:53:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 810525 | + | EDI: CAPITALONE.COM | Sep 02 2026 03:53:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 810528 | + | EDI: DCGOVT | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2026 03:53:00 | DC Office of Tax and Revenue, 1101 4th St SW #270, Washington, DC 20024-4457 |
| 810530 | + | Email/Text: bkl@firstcitizens.com | Sep 01 2026 23:53:00 | First Citizens Bank & Trust, 4300 Six Forks Rd, Raleigh, NC 27609-5718 |
| 810532 | + | Email/Text: notificationemail.atlcbo@uhsinc.com | Sep 01 2026 23:53:00 | GWU Hospital, 900 23rd St NW, Washington, DC 20037-2342 |
| 810533 | + | EDI: IRS.COM | Sep 02 2026 03:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 810534 | | Email/Text: bknotices@mbandw.com | Sep 01 2026 23:53:00 | McCarthy Burgess & Wolfe, 26000 Cannon Rd, Bedford, OH 44146 |
| 810535 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 01 2026 23:53:00 | PNC Bank NA, 300 5th Ave, Pittsburgh, PA 15222 |
| 810536 | ^ | MEBN | Sep 01 2026 23:47:07 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 810537 | + | Email/Text: bankruptcynotices@sba.gov | Sep 01 2026 23:53:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 810539 | + | Email/Text: va_tax_bk@harriscollect.com | Sep 01 2026 23:53:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 810540 | + | Email/Text: Bankruptcy@washgas.com | Sep 01 2026 23:53:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 811345 | *+ | Maureen Daly, 400 Ashley Dr. Ste. 1900, Tampa FL 33602-4311 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Sarah Nipaah Frimpong dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | |

| | |
|---|---|
| | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 4